The People of the State of New York, Respondent,
against
Jhony Santana, Defendant-Appellant.



Defendant appeals from a judgment of the Criminal Court of the City of New York, New York County (Larry R.C. Stephen, J.), rendered June 6, 2014, after a nonjury trial, convicting him of sexual abuse in the third degree, and imposing sentence.




Per Curiam.
Judgment of conviction (Larry R.C. Stephen, J.) rendered, June 6, 2014, affirmed.
The verdict convicting the defendant of sexual abuse in the third degree (Penal Law § 130.55) was not against the weight of the evidence (see People v Danielson, 9 NY3d 342 [2007]). There is no basis for disturbing the court's determinations concerning credibility. The victim's consistent, credible testimony, corroborated by the testimony of a plain-clothes police officer who witnessed the incident, established that defendant pressed his erect penis against the victim's buttocks on a crowded subway car between station stops and repeated this conduct when the victim attempted to move away.
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.
I concur I concur I concur
Decision Date: June 23, 2017